UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CONLEY MONK, KEVIN MARRET, GEORGE SIDERS, JAMES COTTAM, JAMES DAVIS, VIETNAM VETERANS OF AMERICA, VIETNAM VETERANS OF AMERICA CONNECTICUT STATE COUNCIL, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAY MABUS, Secretary of the Navy, JOHN McHUGH, Secretary of the Army, and DEBORAH LEE JAMES, Secretary of the Air Force,<br><br>*Defendants*. | 3:14-CV-00260-WWE |

**PROPOSED ORDER**

Upon consideration of the Second Motion for Voluntary Remand filed by Defendants and the Memorandum in Partial Opposition to Defendants' Second Motion for Remand filed by the Plaintiffs, it is hereby:

ORDERED that the claims of Plaintiffs Conley Monk, Kevin Marret, and George Siders are hereby REMANDED to the Board for Correction of Naval Records ("BCNR"), and the claims of Plaintiffs James Cottam and James Davis are REMANDED to the Army Board for the Correction of Military Records ("ABCMR"); it is further

ORDERED that on remand the ABCMR and BCNR will review these remanded claims in accordance with the principles discussed in the memorandum issued by the Secretary of Defense on September 3, 2014; it is further

ORDERED that on remand the ABCMR and BCNR will consider the remanded claims on the basis of the evidence that each Plaintiff chooses to submit in support of his

application and in-person hearings held on each of the Plaintiffs' applications at which each Plaintiff may appear with counsel; it is further

ORDERED that the Defendants shall immediately produce to Plaintiffs the additional records for Plaintiff Cottam located by the Army, see ECF No. 18 at 8; it is further

ORDERED that each Plaintiff shall have 60 days to provide any submissions to the ABCMR or BCNR; that the ABCMR and BCNR shall have 60 days from the date all submissions are received to make a substantive decision on each Plaintiff's application; and that in the event of an adverse decision by the ABCMR or BCNR on any Plaintiff's application, such Plaintiff shall reinstate his case to this Court's active docket within 30 days of receipt by counsel of the adverse decision.

_____
HON. WARREN W. EGINTON
UNITED STATES DISTRICT JUDGE

DATED: _____